**Supreme Court**
No. 2026-68-M.P.

In the Matter of Jesse W. Duarte.      :

# O R D E R

On March 3, 2026, this Court's Disciplinary Counsel filed a petition pursuant to Article III, Rule 6(e) of the Supreme Court Rules of Disciplinary Procedure requesting that the Court order the respondent, Jesse W. Duarte, to file an answer to a disciplinary complaint.  Counsel informed us that the respondent had failed to answer the complaint despite several notices being sent requesting that he do so.

On March 27, 2026, we entered an order reprimanding the respondent for his failure to answer that complaint and directing him to file his answer within ten days. The order further provided that his failure to do so would result in his suspension from the practice of law.  On the same day, attempts were made to serve the respondent with that order by mail at the address the respondent has on file with this Court and his last known home address and electronically at both email addresses that the respondent has on file with this Court.  All mailed and electronic communications have been returned as undeliverable.  The respondent has failed to file his answer and is in willful defiance of this Court's order.

Accordingly, it is ordered that the respondent, Jesse W. Duarte, is suspended from engaging in the practice of law in this state, effective immediately, and until further order of this Court.

Entered as an Order of this Court this *30th* day of *April 2026.*

By Order,

/s/ *Meredith A. Benoit*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | In the Matter of Jesse W. Duarte. | |
| **Case Number** | No. 2026-68-M.P. | |
| **Date Order Filed** | April 30, 2026 | |
| **Justices** | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| **Source of Appeal** | N/A | |
| **Judicial Officer from Lower Court** | N/A | |
| **Attorney(s) on Appeal** | For Petitioner:<br><br>Kerry Travers, Esq.<br>Maria R. Lenz, Esq.<br>Office of Disciplinary Counsel | |
| | For Respondent:<br><br>Jesse W. Duarte, *pro se* | |